E-FILED
Monday, 23 July, 2007   02:22:38 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
JUL 20 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Crim. No. 07-10045 |
| ANDREW HERTTER, | ) |
| Defendant. | ) |

**ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION**

This matter having come before the Court upon motion of the defendant to determine the competency of the defendant to assist in his own defense at trial, and to determine whether he was sane at the time of the offense;

THE COURT ORDERS pursuant to Title 18 U.S.C. Sections 4241(b) and 4242(a) that defendant be transferred to a medical facility within the Bureau of Prisons in order to be evaluated by a psychiatrist or psychologist to determine 1) whether he is competent to stand trial, and 2) whether he was sane at the time of the offense. Such evaluation shall be conducted pursuant to the provisions of Title 18 U.S.C. Section 4247(b) and (c).

IT IS FURTHER ORDERED that a psychiatric or psychological report be prepared and filed with the Court, with copies to be provided to defense counsel and the Assistant United States Attorney assigned to this case.

DATE: 7/20/2007

s/Joe B. McDade
_____
JOE B. McDADE
UNITED STATES DISTRICT JUDGE